**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**FRANCES RENEE MILLER/PERRY**
**ADC #708998**                                                                                           **PLAINTIFF**

**v.**                            **CASE NO. 5:11CV00110 BSM**

**STATE OF ARKANSAS et al.**                                                            **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice, and the relief sought is denied.

Dated this 27th day of May 2011.

_____
UNITED STATES DISTRICT JUDGE